

**IN THE**
**TENTH COURT OF APPEALS**

_____

**No. 10-13-00409-CR**

**ADAM LAMAR BROOKS,**

                                                **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                **Appellee**

_____

**From the County Court at Law No. 1**
**Brazos County, Texas**
**Trial Court No. 11-01734-CRM-CCL1**

## O R D E R

This appeal was abated to the trial court to make findings of fact and conclusions of law regarding whether Brooks' statements were voluntary. Those findings and conclusions have been made and filed with this Court.

Accordingly, this appeal is reinstated. The State's brief is due 30 days from the date of this Order. The State's motion for extension of time to file its brief is dismissed as moot.

PER CURIAM

Before Chief Justice Gray,
    Justice Davis, and
    Justice Scoggins
Appeal reinstated
Motion dismissed as moot
Order issued and filed March 5, 2015

